UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD MARTIN,

    Petitioner,

v.                                  CASE NO. 6:05-cv-1815-Orl-31JGG

SECRETARY, DOC, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motion:

**MOTION**:    Petitioner's Motion to Impose Sanctions and to Hold Respondent in Default & Noncompliance (Doc. No. 36, filed October 31, 2006).

Respondents filed a response (Doc. No. 38) to the motion indicting that they served the documents on Petitioner. Thereon it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 16th day of November, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 11/16
Richard Martin
Counsel of Record